**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-21595-CIV-SINGHAL/TORRES

JOHNNY MOORE,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, INC.; TRANSUNION,
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Monica Diaz, Esq. of the law firm of Venable LLP hereby gives Notice to the Court and all interested parties of her appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

Dated June 1, 2026.          Respectfully submitted,

          VENABLE LLP
          *Attorney for Experian Information Solutions, Inc.*
          801 Brickell Avenue, Suite 1500
          Miami, Florida 33131
          Telephone: (305) 349.2300
          Facsimile: (305) 349.2310

          By:  s./ Monica Diaz_____
               Monica Diaz
               Florida Bar No. 1069109

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

s./ Monica Diaz
Monica Diaz

**<u>SERVICE LIST</u>**

***Moore v. Experian Information Solutions, Inc.***
**25-21595-CIV-SINGHAL/TORRES**

Monica Diaz
MDiaz@Venable.com
Venable LLP
801 Brickell Avenue, Suite 1500
Miami, FL 33131
Telephone: 305.349.2300
Facsimile: 305.349.2301
*Attorney for Experian Information Solutions, Inc.*

Johnny Moore
13721 Gentle Woods Avenue
Riverview, FL 33569
407.530.7806
*Pro Se Plaintiff*