FILED BY **WMB** D.C.

JUN 02 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-21595-AHS/TORRES

JOHNNY MOORE,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC;
TRANS UNION LLC; and
EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

_____/

**PLAINTIFF'S NOTICE REGARDING DISCOVERY DEFICIENCIES, DEPOSITION
DELAYS, AND ANTICIPATED REQUEST FOR DISCOVERY HEARING**

Plaintiff Johnny Moore ("Plaintiff"), proceeding pro se, hereby files this Notice Regarding
Discovery Deficiencies, Deposition Delays, and Anticipated Request for Discovery Hearing, and
states as follows:

1. Plaintiff intends to request a discovery hearing before Magistrate Judge Torres
   concerning continuing discovery deficiencies, incomplete productions, refusal-to-search
   responses, and ongoing disputes concerning the scope and preservation of relevant
   electronically stored information ("ESI").
2. Despite repeated requests, discovery discussions, and ongoing meet-and-confer efforts,
   Defendants have failed to produce substantial categories of responsive materials directly
   relevant to Plaintiff's claims and Defendants' defenses.
3. The categories of materials that remain disputed and/or incompletely produced include,
   without limitation:
   a. frozen scans;
   b. dissemination logs;
   c. suppression records;
   d. archival repositories;
   e. audit trails;
   f. historical transmission data;
   g. account-lineage records;

h. backend dispute-history systems;
i. historical reinvestigation records;
j. account-status transmission records;
k. inquiry-lineage records;
l. internal account-maintenance records;
m. vendor-facing and consumer-facing frozen-file views;
n. and additional electronically stored information associated with Plaintiff's consumer files and disputed tradelines.

4. Plaintiff further states that Defendants continue relying upon blanket boilerplate objections, unsupported statute-of-limitations positions, and refusal-to-search responses while declining to conduct reasonable searches for historical records relevant to:
a. equitable tolling;
b. continuing violations;
c. mixed-file contamination;
d. identity-theft events;
e. reinsertion chronology;
f. suppression activity;
g. dissemination history;
h. historical account-lineage reconstruction;
i. and disputed reinvestigation activity.

5. Plaintiff further states that Defendants have failed to provide available dates for depositions despite Plaintiff's repeated requests and the approaching discovery deadlines currently governing this matter.

6. Plaintiff therefore intends to seek Court intervention concerning:
a. incomplete discovery responses;
b. failure to produce responsive materials;
c. refusal-to-search responses;
d. improper reliance upon Rule 33(d);
e. deposition scheduling delays;
f. preservation concerns;
g. disputed archival accessibility issues;
h. and additional discovery disputes presently affecting the progress of this litigation.

7. Plaintiff additionally advises the Court that related proceedings are presently pending in Montgomery, Alabama concerning matters referenced during discovery involving the Bank of America / TrakAmerica account history and related issues.

8. Plaintiff further states that a hearing in the Alabama matter is presently scheduled for July 6, 2026 in Montgomery, Alabama.

9. Plaintiff has petitioned the Alabama court concerning evidence which Plaintiff contends demonstrates concealment of material account and litigation-related evidence associated

with that matter, including evidence allegedly uncovered through ongoing investigation, archived records, and account-history reconstruction efforts.

10. Plaintiff reserves all rights to supplement filings, seek additional discovery relief, move to compel, seek preservation relief, request evidentiary sanctions, issue subpoenas, amend pleadings, and seek any additional relief deemed appropriate by the Court as discovery continues.

DATED:June 2nd 2026

Respectfully submitted,

Johnny Moore
Pro Se Plaintiff