## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH

**JOHNNY MOORE,**

       **Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**

**Defendant.**

**Civil Action No. 1:25-cv-21595-AHS**

## MOTION TO WITHDRAW THE
## APPEARANCE OF NOAH J. DIPASQUALE

Pursuant to Local Rule 11.1(d)(3), Noah J. DiPasquale respectfully requests to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP for representation and service as lead counsel. Experian will be represented by Monica Diaz of Venable LLP, who is admitted to this Court. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents.

/s/ Monica Diaz
Monica Diaz
Florida Bar No. 1069109
*Attorney for Experian Information Solutions, Inc.*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Counsel for the movant further certifies that Plaintiff Johnny Moore did not consent to the relief being sought while the other Defendants consented to the relief being sought.

/s/ Noah J. DiPasquale
Noah J. DiPasquale
Florida State Bar No. 1003238

*Counsel for Defendant Experian Information Solutions, Inc.*

2

Dated: June 8, 2026                    Respectfully submitted,


                                       /s/ Noah J. DiPasquale
                                       Noah J. DiPasquale
                                       Florida State Bar No. 1003238
                                       TROUTMAN PEPPER LOCKE LLP
                                       1001 Haxall Point
                                       Richmond, VA 23219
                                       Telephone: (804) 697-1266
                                       Facsimile: (804) 697-1339
                                       Email: noah.dipasquale@troutman.com

                                       Monica Diaz
                                       Florida Bar No. 1069109
                                       VENABLE LLP
                                       801 Brickell Avenue, Suite 1500
                                       Miami, Florida 33131
                                       Telephone: (305) 349.2300
                                       Facsimile: (305) 349.2310
                                       Email: mdiaz@venable.com

                                       *Counsel for Experian Information
                                       Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by U.S. Mail upon:

Johnny Moore
13721 Gentle Woods Avenue
Riverview, FL 33569
*Pro Se Plaintiff*

/s/ Noah J. DiPasquale
Noah J. DiPasquale
Florida State Bar No. 1003238

*Counsel for Defendant Experian
Information Solutions, Inc.*

4

329955645