## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH

| | |
|---|---|
| **JOHNNY MOORE,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:25-cv-21595-AHS** |
| **EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendant.** | |

## MOTION TO WITHDRAW THE
## <u>APPEARANCE OF GARY SONNENFELD</u>

Pursuant to Local Rule 11.1(d)(3), Gary Sonnenfeld respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP representation and service as lead counsel. Experian will be represented by Monica Diaz of Venable LLP, who is admitted to this Court. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents.

/s/ Monica Diaz
Monica Diaz
Florida Bar No. 1069109
*Attorney for Experian Information Solutions, Inc.*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Counsel for the movant further certifies that Plaintiff Johnny Moore did not consent to the relief being sought while the other Defendants consented to the relief being sought.

/s/ Gary Sonnenfeld
Gary Sonnenfeld, Esq.
*Counsel for Experian Information Solutions, Inc.*

Dated: June 10, 2026          Respectfully submitted,


/s/ Gary Sonnenfeld
Gary Sonnenfeld
Florida Bar No. 53261
TROUTMAN PEPPER LOCKE LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
Telephone: (305) 712-1572
Facsimile: (561) 655-8719
Email: gary.sonnenfeld@troutman.com

Monica Diaz
Florida Bar No. 1069109
VENABLE LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310
Email: mdiaz@venable.com

*Counsel for Experian Information Solutions, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by U.S. Mail upon:

Johnny Moore
13721 Gentle Woods Avenue
Riverview, FL 33569
*Pro Se Plaintiff*

/s/ Gary Sonnenfeld
Gary Sonnenfeld
Florida Bar No. 53261

*Counsel for Experian Information Solutions, Inc.*

4

329955707