UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21595-CIV-SINGHAL

JOHNNY MOORE,

      Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, LLC,
and TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, LLC,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Withdraw the Appearance of Noah J. DiPasquale (the "Motion") (DE [183]), filed by Noah J. DiPasquale.  The Court having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [183]) is **GRANTED**.  Noah J. DiPasquale, Esq., of the law firm Troutman Pepper Locke, LLP, shall be relieved of all further responsibilities related to this matter and shall be removed from the service list. Monica Diaz, Esq. of the law firm Venable LLP continues to represent Defendant Experian Information Solutions, LLC.  Although the Motion indicates that this matter has been transferred to Venable LLP, Gary David Sonnenfeld of the law firm Troutman Pepper Locke, LLP is still listed as counsel for Defendant on the docket sheet.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF