UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21595-CIV-SINGHAL/TORRES

JOHNNY MOORE,

     Plaintiff,

v.

EQUIFAX INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, and EQUIFAX INFORMATION
SERVICES, LLC,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court on the Report and Recommendation on Protective Order (DE [155]).  On April 14, 2026, Magistrate Judge Edwin G. Torres issued a report recommending that the Court adopt the Protective Order included in Defendant Experian's Status Report Regarding Stipulated Protective Order (DE [133]).  The other Defendants agree to the terms of the protective order, but Plaintiff does not.

Plaintiff filed timely objections to Judge Torres's Report and Recommendation. *See* (DE [162]).  This Court has conducted a *de novo* review of the objections, in accordance with 28 U.S.C. § 636(b)(1)(C), and finds that the objections are without merit and are therefore overruled*. Schwartz v. Jones,* 2020 WL 905234, at *1 (S.D. Fla. Feb. 25, 2020), *aff'd sub nom. Schwartz v. Sec'y, Fla. Dep't of Corr.,* 842 Fed. Appx. 442 (11th Cir. 2021).

Plaintiff's main concern is that the Defendants are playing a shell game with discovery materials—with one hand requesting a limitation on how materials can be used, and with the other, not turning over requested discovery.  But this objection is aimed at other discovery issues, not the appropriateness of a protective order.  The proposed protective order will actually expedite discovery, providing the parties necessary assurance before they turn over sensitive and private documents.  The proposed Protective Order contains standard, garden-variety terms.  The Court takes no issue with the proposed order.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [155]) is **AFFIRMED** and **ADOPTED.**

2. The Protective Order, as revised by Magistrate Judge Torres and attached to (DE [155]), is **ADOPTED**, with one stylistic change.

3. The Protective Order shall be entered by separate order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of June 2026.

_____

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF