UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21595-CIV-SINGHAL

JOHNNY MOORE,

     Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, LLC,
and TRANS UNION, LLC, and EQUIFAX
INFORMATION SERVICES, LLC,

     Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Withdraw the Appearance of Gary Sonnenfield (the "Motion") (DE [184]), filed by Gary Sonnenfield.  The Court having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [184]) is **GRANTED**.  Gary Sonnenfield, Esq., of the law firm Troutman Pepper Locke, LLP, shall be relieved of all further responsibilities related to this matter and shall be removed from the service list. Monica Diaz, Esq. of the law firm Venable LLP continues to represent Defendant Experian Information Solutions, LLC.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of June 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF