

FILED BY _LC_ D.C.

JUN 22 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-21595-SINGHAL/TORRES**

JOHNNY MOORE,

Plaintiff,

v.

TRANS UNION LLC, et al.,

Defendants.

_____/

### PLAINTIFF'S EXPEDITED MOTION TO REQUIRE TRANS UNION LLC TO CLARIFY ITS CONTINUED REPORTING OF THE CHASE TRADELINE

Plaintiff Johnny Moore respectfully moves this Court for an Order requiring Defendant Trans Union LLC to clarify its continued reporting of the disputed Chase tradeline and states as follows:

1. The Chase tradeline is a disputed account that remains at issue in this litigation.
2. Plaintiff previously observed reporting indicating that the tradeline was scheduled for deletion.
3. Plaintiff has recently learned that Equifax Information Services LLC deleted the disputed Chase tradeline from Plaintiff's consumer file.
4. Despite Experian's, Equifax's deletion of the account, Trans Union continues to report the tradeline.
5. The continued reporting of the tradeline raises substantial questions regarding the source, verification, and continued publication of the account.
6. Plaintiff is unable to determine from the current record:
   a. Why Trans Union continues to report the tradeline;
   b. Whether Trans Union received deletion, suppression, update, or correction information concerning the account;
   c. Whether Trans Union contends the tradeline remains accurate;
   d. Whether the account has been subjected to deletion, suppression, restoration, reinsertion, or other reporting modifications.

WHEREFORE, Plaintiff respectfully requests that this Court order Trans Union LLC, within seven (7) days, to:

A. State whether the Chase tradeline currently appears on Plaintiff's Trans Union file;

B. State whether Trans Union contends the tradeline is accurate;

C. State whether Trans Union contends the tradeline has been properly verified;

D. State whether Trans Union is aware that Equifax has deleted the tradeline;

E. State whether the tradeline has been deleted, suppressed, restored, reinserted, or otherwise modified within Trans Union's systems; and

F. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Johnny Moore

Johnny Moore
Plaintiff, Pro Se
Dated: June 22, 2026

LOCAL RULE 7.1(a)(3) CERTIFICATION

Plaintiff certifies that he made a good-faith effort to resolve the issues raised in this Motion without Court intervention.

On or about June 21, 2026, Plaintiff transmitted correspondence to counsel for Defendant Trans Union LLC concerning the continued reporting of the disputed Chase tradeline and requested clarification regarding the basis for its continued reporting.

Despite Plaintiff's good-faith efforts, the parties were unable to resolve the issue without judicial intervention.

Respectfully submitted,

/s/ Johnny Moore

Johnny Moore
Plaintiff, Pro Se