FILED BY _____ D.C.

JUN 22 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:25-cv-21595-SINGHAL/TORRES

JOHNNY MOORE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

_____/

## PLAINTIFF'S EXPEDITED MOTION TO REQUIRE EXPERIAN INFORMATION SOLUTIONS, INC. TO CLARIFY ITS CONTINUED REPORTING OF THE PENFED TRADELINE

Plaintiff Johnny Moore respectfully moves this Court for an Order requiring Defendant Experian Information Solutions, Inc. to clarify its continued reporting of the disputed PenFed tradeline and states as follows:

1. The PenFed tradeline is a disputed account that remains at issue in this litigation.
2. Plaintiff has obtained information indicating that PenFed and/or its authorized representative, First Capital Group, requested deletion of the tradeline from the nationwide consumer reporting agencies.
3. Plaintiff possesses recorded statements from a representative stating, in substance, that PenFed requested deletion of the tradeline from the credit bureaus.
4. Plaintiff has further observed that the disputed tradeline was removed by the other nationwide consumer reporting agencies.
5. Despite the alleged deletion request and removal of the tradeline elsewhere, Experian continued to report the account.
6. The continued reporting of the tradeline raises substantial questions regarding the source, verification, handling, and continued publication of the disputed account.
7. Plaintiff is unable to determine from the current record:
   a. Whether Experian received notice of the deletion request;
   b. Whether Experian processed the deletion request;
   c. Whether Experian rejected or overrode the deletion request;
   d. Whether the account was deleted, suppressed, restored, reinserted, or otherwise

modified;

e. The basis upon which Experian continues to report the tradeline.

WHEREFORE, Plaintiff respectfully requests that this Court order Experian, within seven (7) days, to:

A. State whether the PenFed tradeline currently appears on Plaintiff's consumer file;

B. State whether Experian received notice of any deletion request concerning the tradeline;

C. State whether Experian contends the tradeline is accurate;

D. State whether Experian contends the tradeline has been properly verified;

E. State whether the tradeline was ever deleted, suppressed, restored, reinserted, or otherwise modified;

F. Identify the source relied upon by Experian for continued reporting of the account; and

G. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Johnny Moore

June 22, 2026

Johnny Moore
Plaintiff, Pro Se

LOCAL RULE 7.1(a)(3) CERTIFICATION

Plaintiff certifies that he made a good-faith effort to resolve the issues raised in this Motion without Court intervention.

Plaintiff previously transmitted correspondence to counsel for Experian Information Solutions, Inc. concerning the disputed PenFed tradeline, the alleged furnisher deletion request, and Experian's continued reporting of the account.

Despite those efforts, Plaintiff did not receive clarification sufficient to resolve the issue and has been unable to obtain the requested information without judicial intervention.

Accordingly, Plaintiff certifies that a good-faith effort to confer has been made but was unsuccessful.

Respectfully submitted,

/s/ Johnny Moore

Johnny Moore
Plaintiff, Pro Se