

FILED BY___LE___D.C.

JUN 22 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:25-cv-21595-SINGHAL/TORRES

JOHNNY MOORE,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

Defendants.

_____/

### PLAINTIFF'S EXPEDITED MOTION TO COMPEL DEFENDANT EQUIFAX TO CLARIFY CURRENT REPORTING STATUS OF BANK OF AMERICA ACCOUNT ENDING IN 5785 AND TO PRODUCE RELATED DISCOVERY

Plaintiff Johnny Moore respectfully moves the Court for an Order requiring Defendant Equifax Information Services LLC to clarify its current reporting position concerning the Bank of America account ending in 5785 and states:

1.  The Bank of America account ending in 5785 is a central subject of Plaintiff's claims.
2.  Plaintiff possesses credit-report records reflecting a deletion date of May 2026 concerning this account.
3.  Plaintiff further possesses records reflecting that Trans Union deleted the same account in or about January 2026.
4.  Despite these developments, Equifax continues to report the account.
5.  Plaintiff cannot determine from the existing record whether:
    a. Equifax contends the account remains accurate;
    b. Equifax deleted and later reinserted the account;
    c. Equifax received updated furnishing information from Bank of America;
    d. Equifax relies upon a different source of verification; or
    e. Equifax contends the account was never deleted.
6.  The current status of the account is directly relevant to Plaintiff's claims under 15 U.S.C. §§ 1681e(b) and 1681i and to ongoing discovery disputes regarding deletion, reinsertion, verification, and historical reporting.

WHEREFORE, Plaintiff respectfully requests that the Court order Equifax, within seven (7) days, to:

A. State whether the account is presently being reported;

B. State whether the account was ever deleted from Plaintiff's file;

C. State whether the account was reinserted;

D. Identify all furnishers or sources relied upon to continue reporting the account;

E. Produce any ACDVs, AUDs, deletion logs, reinsertion logs, Metro 2 updates, source-event records, and internal audit records concerning the account from January 1, 2025 to the present; and

F. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Johnny Moore

June 22, 2026

Johnny Moore
Plaintiff, Pro Se

CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3) and the applicable discovery procedures governing this action, Plaintiff certifies that he made a good-faith effort to resolve the issues raised in this Motion without Court intervention.

On June 21, 2026, Plaintiff initiated a meet-and-confer with counsel for Defendant Equifax Information Services LLC concerning Equifax's continued reporting of the Bank of America account ending in 5785. Plaintiff requested clarification concerning the reporting history of the account, whether the account had previously been deleted or removed, and the source records supporting Equifax's continued reporting of the tradeline.

Despite Plaintiff's good-faith efforts, the parties were unable to resolve the dispute, thereby necessitating the filing of this Motion.

Respectfully submitted,

/s/ Johnny Moore

Johnny Moore
Plaintiff, Pro Se