FILED BY_____

JUN 22 ~

AN(
CLEF~
S. D. OF

FILED BY _CC_ D.C.

JUN 22 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:25-cv-21595-SINGHAL/TORRES

JOHNNY MOORE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

_____/

### PLAINTIFF'S EXPEDITED MOTION TO COMPEL DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO CLARIFY REPORTING STATUS AND SOURCE OF BANK OF AMERICA ACCOUNT ENDING IN 5785

Plaintiff Johnny Moore respectfully moves this Court for an Order requiring Defendant Experian Information Solutions, Inc. to clarify the reporting history, source, and appearance of the Bank of America account ending in 5785 and states as follows:

1. The Bank of America account ending in 5785 is a central subject of Plaintiff's Fair Credit Reporting Act claims.
2. Plaintiff has reviewed historical Experian disclosures and consumer reports and has determined that the Bank of America account ending in 5785 was not present on Plaintiff's Experian credit file for years prior to 2026.
3. Plaintiff first observed the appearance of this account on Experian's reporting in or about April 2026 during the pendency of this litigation.
4. Plaintiff cannot determine from the current discovery record:
   a. Why the account appeared on Experian's file in April 2026;
   b. Whether the account was newly furnished, reinserted, reconstructed, migrated, or otherwise added to Plaintiff's file;
   c. Whether Experian received new furnishing information from Bank of America;
   d. Whether Experian relied upon third-party records, archived data, vendor records, or other sources;
   e. Whether the appearance of the account was the result of a file-matching, identity-association, or mixed-file event.
5. The timing of the account's appearance is particularly significant because it occurred during active litigation involving disputes concerning Bank of America reporting,

historical deletions, reinsertion issues, mixed-file concerns, and the accuracy of Plaintiff's consumer file.

6. The information sought is directly relevant to Plaintiff's claims under 15 U.S.C. §§ 1681e(b), 1681i, and related allegations concerning file accuracy, reinvestigation procedures, source verification, and reporting practices.

WHEREFORE, Plaintiff respectfully requests that the Court order Experian, within seven (7) days, to:

A. State whether the Bank of America account ending in 5785 currently appears on Plaintiff's Experian file;

B. State the first date upon which the account appeared on Plaintiff's Experian file;

C. State whether the account had previously been deleted, suppressed, archived, or removed from Plaintiff's file;

D. State whether the account was reinserted, reconstructed, migrated, restored, or newly furnished;

E. Identify every source relied upon by Experian in reporting the account;

F. Produce all ACDVs, AUDs, dispute records, source-event records, Metro 2 records, furnishing records, reinsertion records, suppression records, audit logs, and internal notes relating to the account from January 1, 2025 through the present; and

G. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Johnny Moore

Johnny Moore
June 22, 2026

CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3) and the applicable discovery procedures governing this action, Plaintiff certifies that he made a good-faith effort to resolve the issues raised in this Motion without Court intervention.

On June 21, 2026, Plaintiff initiated a meet-and-confer with counsel for Defendant Experian Information Solutions, Inc. concerning the reporting status, source, and appearance of the Bank of America account ending in 5785 on Plaintiff's Experian consumer file. Plaintiff requested clarification regarding the account's reporting history, whether the account had previously been deleted or removed, and the source records supporting its continued reporting.

Despite Plaintiff's good-faith efforts, the parties were unable to resolve the dispute, thereby necessitating the filing of this Motion.

Respectfully submitted,

/s/ Johnny Moore

Johnny Moore