

FILED BY _LC_ D.C.

JUN 22 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21595-SINGHAL/TORRES

JOHNNY MOORE,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

_____/

**PLAINTIFF'S EXPEDITED MOTION TO REQUIRE EXPERIAN TO SHOW CAUSE REGARDING ITS CONTINUED REPORTING OF THE SKOPOS FINANCIAL TRADLINE**

Plaintiff Johnny Moore respectfully moves this Court for an Order requiring Defendant Experian Information Solutions, Inc. to show cause why it continues to report the Skopos Financial tradeline and states:

1. The Skopos Financial tradeline is a disputed account that remains at issue in this litigation.
2. Plaintiff has learned that both Equifax Information Services LLC and Trans Union LLC have deleted the Skopos Financial tradeline from Plaintiff's consumer file.
3. Despite the deletion of the tradeline by the other nationwide consumer reporting agencies, Experian continues to report the account.
4. The continued reporting of the tradeline presents a substantial question regarding the accuracy, verification, and reasonableness of Experian's reporting procedures.
5. Plaintiff is unable to determine why Experian continues to report the tradeline while the other nationwide consumer reporting agencies no longer do so.

WHEREFORE, Plaintiff respectfully requests that the Court order Experian to show cause within seven (7) days:

A. Why Experian continues to report the Skopos Financial tradeline;

B. Whether Experian contends the tradeline is accurate;

C. Whether Experian contends the tradeline has been properly verified;

D. Whether Experian is aware that the tradeline has been deleted by Equifax and Trans Union; and

E. Such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Johnny Moore

June 22nd , 2026
Johnny Moore
Plaintiff, Pro Se

CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3) and the applicable discovery procedures governing this action, Plaintiff certifies that he made a good-faith effort to resolve the issues raised in this Motion without Court intervention.

On June 21, 2026, Plaintiff initiated a meet-and-confer with counsel for Defendant Experian Information Solutions, Inc. concerning Experian's continued reporting of the Skopos Financial tradeline. Plaintiff requested clarification regarding Experian's position concerning the accuracy, verification, source, and continued reporting of the tradeline.

Despite Plaintiff's good-faith efforts, the parties were unable to resolve the dispute, thereby necessitating the filing of this Motion.

DATED: June 22, 2026

Respectfully submitted,

/s/ Johnny Moore

Johnny Moore
Plaintiff, Pro Se