**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:25-CV-21595-EGT**

JOHNNY MOORE,

      Plaintiff,

v.

EQUIFAX   INFORMATION   SERVICES,
INC; TRANSUNION, LLC; and EXPERIAN
INFORMATION SOLUTIONS, INC.;

      Defendants.

_____/

**DEFENDANTS EQUIFAX INFORMATION SERVICES AND TRANS UNION, LLC'S
JOINT RESPONSE IN OPPOSITION TO PLAINTIFF'S EXPEDITED MOTIONS
[ECF NOS. 195, 197 AND 200]**

Defendants, Equifax Information Services, Inc. ("Equifax") and Trans Union, LLC
("Trans Union"), hereby submit their Joint Response in Opposition to Plaintiff's Expedited
Motion to Require Trans Union, LLC to Clarify its Continued Reporting of the Chase Tradeline
[ECF No. 195], Plaintiff's Expedited Motion to Compel Equifax to Clarify Current Reporting
Status of Bank of America Account Ending in 5785 and to Produce Related Discovery Responses
[ECF No. 197], and Plaintiff's Expedited Motion to Require Equifax Information Services LLC
to Clarify the Suppression of Positive USAA Tradelines [200] (collectively "Plaintiff's
Motions"), and respectfully state as follows:

1.      Further stuffing the already enormous docket in this matter, Plaintiff has filed a
series of frivolous motions which, as set forth in Defendant Experian Information Solutions, Inc.'s
Omnibus Opposition to Plaintiff's Expedited Motions [ECF No. 210], seeks extraordinary relief
not authorized by law and seeks discovery outside the bounds of established discovery practice

under the Federal Rules of Civil Procedure, and for those reasons should be denied.

2.     As was the case with Experian, Plaintiff's "conferral" with Equifax and Trans Union regarding these improper motions consisted of emails sent on the morning of Sunday, June 21, 2026, seeking a position on the matters by Monday, June 22, 2026 at 9:00 a.m.  Even if Plaintiff's motions were not unauthorized by law and procedurally improper, this does not amount to a reasonable attempt at conferral.

3.     As set forth in Sections I and II of Experian's Omnibus Opposition to Plaintiff's Expedited Motions [ECF No. 210], Plaintiff's Motions are procedurally improper in that they attempt to circumvent established discovery procedures, there is no basis for expedited relief, and "show cause" relief is both inappropriate and unavailable here and, further, Plaintiff's Motions improperly seek to shift the burden of proof to Equifax and Trans Union.

4.     Accordingly, Equifax and Trans Union incorporate the arguments set forth in Sections I and II of Experian's Omnibus Opposition to Plaintiff's Expedited Motions [ECF No. 210] as if fully set forth herein and take the position that no relief sought in Plaintiff's Motions is warranted.

WHEREFORE, Defendants, Equifax Information Services, Inc. and Trans Union, LLC, respectfully request the entry of an order denying Plaintiff's Expedited Motion to Require Trans Union, LLC to Clarify its Continued Reporting of the Chase Tradeline [ECF No. 195], Plaintiff's Expedited Motion to Compel Equifax to Clarify Current Reporting Status of Bank of America Account Ending in 5785 and to Produce Related Discovery Responses [ECF No. 197], and Plaintiff's Expedited Motion to Require Equifax Information Services LLC to Clarify the Suppression of Positive USAA Tradelines [200], awarding Equifax and Trans Union their reasonable attorneys' fees incurred for responding to these frivolous and improper motions, and

for such other relief as this Court deems necessary and just.

Respectfully submitted,

/s/ *Christian C. Kohlsaat*
Christian C. Kohlsaat, FBN 117795
Allison Guaty, FBN 1039032
BUCHANAN INGERSOLL & ROONEY PC
One Biscayne Tower
2 S. Biscayne Blvd, Ste. 1500
Miami, FL 33131-1822
T: 305-347-4080
F: 305-347-4089
Email: christian.kohlsaat@bipc.com
allison.guaty@bipc.com
patricia.delgado@bipc.com
*Counsel for Defendant Trans Union, LLC*

/s/ *Paige Vacante*
Paige Vacante, Bar No. 1019135
pvacante@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

*Counsel for Defendant Equifax Information Services, LLC*